UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LUIS MARIO GUERRERO,

    Plaintiff,

v.

BYRON BLEUM, et. al.,

    Defendants.

No. C 14-4666 EDL (PR)

**ORDER OF TRANSFER**

    This is a civil rights case brought pro se by a California state prisoner. Plaintiff has consented to magistrate judge jurisdiction. (Docket No. 5.) Plaintiff's complaint describes events that occurred at Valley State Prison in Chowchilla. All events occurred within the venue of the United States District Court for the Eastern District of California, and the defendants are located there as well. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

    This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a).

    **IT IS SO ORDERED.**

Dated: December 2, 2014.

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge

P:\PRO-SE\EDL\CR.14\Guerrero666.trn.wpd